UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-MJ-1113

In the Matter of the Search of a )
2006 Metallic Chevy Impala bearing ) O R D E R
North Carolina license plate CJA-4253 )

Upon motion of the Government, and for good cause shown, the Clerk of Court is hereby directed to unseal the search warrant application, affidavit and attachments thereto, and the motion and order to seal, which were filed July 16, 2014, in the captioned matter.

SO ORDERED, this  31st  day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE